JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CARLOS HUMBERTO RIVERA QUINTANILLA,

                    Petitioner,

        v.

PAM BONDI, et al.,

                    Respondents.

Case No. 2:26-cv-00756-PD

**JUDGMENT**

Pursuant to the Court's Order Granting the Relief Requested in the Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and this action is dismissed without prejudice.

DATED: March 12, 2026

_Patricia Donahue_
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE